<u>**Exhibit A**</u>
**Statement of Claim**
**Plaintiff Dawn Malyn Tomlinson**

## Unpaid Overtime and Minimum Wages

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Minimum Wage Hourly Rate[1] | Overtime Hourly Rate[1] | Total Unpaid Minimum Wages[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|
| 1/1/20 - 1/10/20 | 1.43 | 60 | $ 8.56 | $ 12.84 | $ 733.71 | $ 110.06 | $ 843.77 |
| 12/20/19 - 12/31/19 | 1.71 |  | $ 8.46 | $ 12.69 | $ 870.17 | $ 145.03 | $ 1,015.20 |
|  |  |  |  |  | $ 1,603.89 | $ 255.09 | $ 1,858.97 |

Total Unpaid Minimum Wages[1] = $ 1,603.89
Total Unpaid Overtime Wages[1] = $ 255.09
Total Liquidated Damages[1] = $ 1,858.97
Total[1] = $ 3,717.94

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.